MARK D. LONERGAN (State Bar No. 143622)
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA HUDSON, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation,<br><br>                    Defendants. | Case No.:  C11-03966 JCS<br><br>Class Action<br><br>**STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**<br><br>**Civil Local Rule 6-1(a)**<br><br>Complaint filed: August 12, 2011 |

WHEREAS, plaintiff Victoria Hudson filed this action on August 12, 2011 and served it on defendant Wells Fargo Bank, N.A. on August 16, 2011;

WHEREAS, Local Rule 6-1(a) of the United States District Court for the Northern District of California provides that the parties may stipulate to extend the time for responding to a complaint without leave of Court;

IT IS HEREBY STIPULATED by and between Hudson, on the one hand, and Wells Fargo, on the other, through their respective counsel of record, that Wells Fargo may have an extension of time to answer, move, or otherwise respond to plaintiff's complaint to and including September 28, 2011.

1    This extension of time will not alter the date of any event or deadline already fixed by

2  Court order.

3        IT IS SO STIPULATED.

4

5  DATED: September 8, 2011                SEVERSON & WERSON
                                          A Professional Corporation
6

7                                         By: _____/s/____*Erik Kemp*_____
                                                        Erik Kemp
8
                                          Attorneys for Defendants
9                                         WELLS FARGO BANK, N.A.

   Attestation
10

11      I, Erik Kemp, am the ecf user whose
   identification and password are being used to
12 file this Stipulation for Enlargement of Time
   to Respond to Complaint.  I hereby attest that
13 Robert Bramson has concurred in this filing.

14        _____/s/ Erik Kemp_____

15
   DATED: September 8, 2011                BRAMSON, PLUTZIK, MAHLER &
16                                         BIRKHAEUSER, LLP

17
                                          By: _____/s/___*Robert M. Bramson*___
18                                                      Robert M. Bramson

19                                         Attorneys for Plaintiff
                                          VICTORIA HUDSON
20

21

22

23              9/12/2011

24

25

26

27

28

                                    - 2 -

07685/0000/963455.1                 Stipulation for Enlargement of Time to Respond to Complaint
                                    Case No.:  C11-03966 JCS