1  MARK D. LONERGAN (State Bar No. 143622)
   ERIK KEMP (State Bar No. 246196)
2  ek@severson.com
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA  94111
   Telephone:  (415) 398-3344
5  Facsimile:  (415) 956-0439

6  Attorneys for Defendants
   WELLS FARGO BANK, N.A.

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| VICTORIA HUDSON, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation,<br><br>  Defendants. | Case No.:  C11-03966 JCS<br><br>Class Action<br><br>**STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**<br><br>**Civil Local Rule 6-1(a)**<br><br>Complaint filed: August 12, 2011 |

WHEREAS, plaintiff Victoria Hudson filed this action on August 12, 2011 and served it on defendant Wells Fargo Bank, N.A. on August 16, 2011;

WHEREAS, Local Rule 6-1(a) of the United States District Court for the Northern District of California provides that the parties may stipulate to extend the time for responding to a complaint without leave of Court;

IT IS HEREBY STIPULATED by and between Hudson, on the one hand, and Wells Fargo, on the other, through their respective counsel of record, that Wells Fargo may have an extension of time to answer, move, or otherwise respond to plaintiff's complaint to and including September 28, 2011.

1  This extension of time will not alter the date of any event or deadline already fixed by
2  Court order.
3  IT IS SO STIPULATED.

5  DATED: September 8, 2011                SEVERSON & WERSON
                                           A Professional Corporation

7                                          By:      /s/    *Erik Kemp*
                                                         Erik Kemp

9                                          Attorneys for Defendants
                                           WELLS FARGO BANK, N.A.

Attestation

I, Erik Kemp, am the ecf user whose identification and password are being used to file this Stipulation for Enlargement of Time to Respond to Complaint. I hereby attest that Robert Bramson has concurred in this filing.

14      /s/ Erik Kemp

16  DATED: September 8, 2011                BRAMSON, PLUTZIK, MAHLER &
                                            BIRKHAEUSER, LLP

18                                          By:     /s/   *Robert M. Bramson*
                                                         Robert M. Bramson

19                                          Attorneys for Plaintiff
                                            VICTORIA HUDSON

9/12/2011

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA