MARK D. LONERGAN (State Bar No. 143622)
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA HUDSON, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation,<br><br>　　　　　　Defendants. | Case No.:  C11-03966 JCS<br><br>Class Action<br><br>**SECOND STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**<br><br>**Civil Local Rule 6-1(a)**<br><br>Complaint filed: August 12, 2011 |

　　　　WHEREAS, plaintiff Victoria Hudson filed this action on August 12, 2011, and served it on defendant Wells Fargo Bank, N.A. on August 16, 2011;

　　　　WHEREAS, the parties previously stipulated that Wells Fargo's deadline to respond to the complaint would be September 28, 2011;

　　　　WHEREAS, Local Rule 6-1(a) of the United States District Court for the Northern District of California provides that the parties may stipulate to extend the time for responding to a complaint without leave of Court;

　　　　IT IS HEREBY STIPULATED by and between Hudson, on the one hand, and Wells Fargo, on the other, through their respective counsel of record, that Wells Fargo may have an extension of time to answer, move, or otherwise respond to plaintiff's complaint to and including October 5, 2011.

This extension of time will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED: September 28, 2011

SEVERSON & WERSON
A Professional Corporation

By:    /s/   *Erik Kemp*
            Erik Kemp

Attorneys for Defendants
WELLS FARGO BANK, N.A.

Attestation

I, Erik Kemp, am the ECF user whose identification and password are being used to file this Second Stipulation for Enlargement of Time to Respond to Complaint. I hereby attest that Robert Bramson has concurred in this filing.

   /s/ Erik Kemp

DATED: September 28, 2011

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

By:    /s/   *Robert Bramson*
            Robert M. Bramson

Attorneys for Plaintiff
VICTORIA HUDSON

Dated: 9/30/11

**IT IS SO ORDERED**
Judge Joseph C. Spero
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)